21 F.3d 1127
 Panama City Medical Diagnostic Ltd., Syfrett (Dr. Frank),
Taylor (Dr. Steve), An-Med Associates, Winter Park MRI
Partners, Ltd., Medi-Tek Winter Park, Inc., MRI of
Wellington, Ltd., Meditek-Wellington, Inc., Meditek-Palm
Beach Gardens, Inc., Clay Medco, d/b/a Orange Park
Diagnostic Center, Prime Care Diagnostic, Inc., d/b/a Prime
Care Diagnostic Center, Magnedocs, Ltd., By and Through
Magnadoc, Inc., Magwest, Ltd., By and Through Westdoc, Inc.,
Kendall Therapy Center, Ltd.
 NO. 92-2826
 United States Court of Appeals,
Eleventh Circuit.
 Apr 29, 1994
 N.D.Fla., 13
 F.3d 1541
 
 1
 DENIALS OF REHEARING EN BANC.